**2010–1465. State v. Alhajjeh.**
Cuyahoga App. No. 93077, 2010-Ohio-3179. Discretionary appeal accepted on Proposition of Law No. VI; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.

LANZINGER, J., would accept the appeal on Proposition of Law No. VII and hold the cause for the decision in *State v. Hodge*.

PFEIFER, J., dissents.

**2010–1532. State v. Riggenbach.**
Richland App. No. 09CA121, 2010-Ohio-3392. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2009–0897, *State v. Fischer*, Summit App. No. 24406, 2009-Ohio-1491; and briefing schedule stayed.

BROWN, C.J., and LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law Nos. II and III.

PFEIFER, J., dissents.

**2010–1548. Drees Co. v. Hamilton Twp.**
Warren App. No. CA2009–11–150, 2010-Ohio-3473. Discretionary appeal accepted.

BROWN, C.J., and O'CONNOR and O'DONNELL, JJ., dissent.

Motion for admission pro hac vice of Christopher M. Whitcomb by August T. Janszen granted.

**2010–1561. Sampson v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93441, 188 Ohio App.3d 250, 2010-Ohio-3415. Discretionary appeal accepted on Proposition of Law No. I.

LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. II.

PFEIFER and O'DONNELL, JJ., dissent.

**2010–1571. State v. Samuels.**
Hamilton App. No. C–090652. Discretionary appeal accepted on Proposition of Law No. V; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

**2010–1637. State v. Torres.**
Cuyahoga App. No. 94003, 2010-Ohio-3615. Discretionary appeal not accepted.

LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law No. I.

Discretionary cross-appeal accepted on Proposition of Law No. I; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.

LUNDBERG STRATTON, J., would also accept the cross-appeal on Proposition of Law No. II.

PFEIFER, J., dissents and would not accept the cross-appeal.

**2010–1671. State v. Freeman.**
Cuyahoga App. No. 92809, 2010-Ohio-3714. Discretionary appeal accepted on Proposition of Law No. I, and briefing shall proceed as to Proposition of Law No. I.

O'DONNELL and CUPP, JJ., dissent.

Discretionary appeal accepted on Proposition of Law No. IV; cause held as to that proposition of law for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.

PFEIFER, J., dissents.

Discretionary appeal accepted on Proposition of Law No. VI; cause held as to that proposition of law for the decision in 2009–0477, *State v. Dunlap*, Cuyahoga App. No. 91165, 2009-Ohio-134; and briefing schedule stayed.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., would also accept the appeal on Proposition of Law No. V and hold the cause for the decision in 2009–0477, *State v. Dunlap*.

PFEIFER, J., dissents as to Proposition of Law No. VI.